IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO MARQUEZ : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-1284 |
| CITY OF PHILADELPHIA, ET AL. : | |

### O R D E R

**AND NOW**, this   1st   day of September, 2015, upon consideration of the Motion for Summary Judgment by Defendants Police Officer Eric Burke, Police Officer Phillip Scratchard, Sergeant Robert Hennessey, Bruce Herdman and the City of Philadelphia (ECF No. 19), and the Motion for Summary Judgment on Behalf of Defendant Corizon Health, Inc., t/a Prison Health Services, Inc. (ECF No. 20), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

A.  Defendants' Motions (ECF Nos. 19, 20) are **GRANTED**.

B.  Judgment is entered against Plaintiff Antonio Marquez, and in favor of Defendants Police Officer Eric Burke, Police Officer Phillip Scratchard, Sergeant Robert Hennessey, Bruce Herdman, the City of Philadelphia, and Corizon Health, Inc., t/a Prison Health Services, Inc.

C.  The Clerk of Court is ordered to mark this matter closed.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK,  J.**